NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HUGO LOPEZ-OLMEDA,        )
                                             )
         Appellant,        )
                                             )
v.                                 )        Case No. 2D19-1391
                                           )
STATE OF FLORIDA,        )
                                           )
         Appellee.         )
_____)

Opinion filed November 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Christopher C.
Nash, Judge.

Hugo Lopez-Olmeda, pro se.


PER CURIAM.


        Affirmed.  See <u>Johnson v. State</u>, 974 So. 2d 363 (Fla. 2008); <u>Logan v.
State</u>, 846 So. 2d 472 (Fla. 2003); <u>Harris v. State</u>, 818 So. 2d 567 (Fla. 2d DCA 2002).


VILLANTI, LUCAS, and SALARIO, JJ., Concur.